UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CHARLES V. HORN,**

    **Plaintiff,**

v.

                              **Civil Action 2:12-cv-00267**
                              **Judge Michael H. Watson**
                              **Magistrate Judge Elizabeth P. Deavers**

**LITHOPOLIS CITY POLICE**
**DEPARTMENT,** *et al.,*

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the October 3, 2012 Report and Recommendation of the United States Magistrate Judge. (ECF No. 15.) After conducting an initial screen of Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915(e), the Magistrate Judge recommended dismissal of Plaintiff's claims for failure to state a claim. The Magistrate Judge also recommended that this Court decline to exercise supplemental jurisdiction over any remaining state law claims.

The Report and Recommendation of the Magistrate Judge specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 8, ECF No. 15.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation of the United States Magistrate Judge. Noting that no objections have been filed and that the time for filing such objections expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge. Accordingly, pursuant to an initial screen, Plaintiff's claims contained within his Amended Complaint are **DISMISSED** for failure to state a claim. Additionally, the Court declines to exercise jurisdiction over any remaining state law claims. The Clerk is **DIRECTED** to remove this case from the Court's pending case list.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT